UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

CARLOS ROMAN,

        Plaintiff,

v.

WASHINGTON CORRECTIONAL FACILITY et al.

        Defendants.

CASE NO. 3:11-cv-05234-BHS-JRC

ORDER DENYING PENDING MOTIONS

This 42 U.S.C. § 1983 civil rights action has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. §§ 636(b)(1)(A) and (B) and Local Magistrate Judge Rules MJR 1, MJR 3, and MJR 4. Plaintiff asks the court to extend the time (ECF No. 18). Although plaintiff does not specifically state he is seeking an extension of the pre trial scheduling order, he sets forth dates from that order and asks for time so that he may "get an attorney." (ECF No. 18). At the time this motion was made, plaintiff had a motion for appointment of counsel pending. That motion has been denied. Plaintiff fails to set forth good cause for an extension of time. The motion for an extension of time is DENIED.

Plaintiff has also filed a motion for reconsideration of the order denying him counsel (ECF No. 20). Counsel will only be appointed in exceptional circumstances. <u>Wilborn v. Escalderon</u>, 789 F.2d 1328, 1331 (9th Cir. 1986); <u>Franklin v. Murphy</u>, 745 F.2d 1221, 1236 (9th Cir.1984); <u>Aldabe v. Aldabe</u>, 616 F.2d 1089 (9th Cir. 1980). As the court noted in the order denying counsel (ECF No. 19), this case does not present those exceptional circumstances. The motion is DENIED.

Dated this 22nd day of August, 2011.

J. Richard Creatura
United States Magistrate Judge