UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

CARLOS ROMAN,

          Plaintiff,

v.

WASHINGTON CORRECTIONAL
FACILITY et al.

          Defendants.

CASE NO. C11-5234-BHS-JRC

ORDER

      This 42 U.S.C. §1983 civil rights matter has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. §§ 636(b)(1)(A) and (B) and Local Magistrate Judges Rules MJR 1, MJR 3, and MJR 4. Plaintiff is asking for an extension of the discovery deadline (ECF No. 22). There is nothing in the record to show that the motion was served on opposing counsel.

      The court informed the parties that proof of service was required on motions when the court ordered service (ECF No. 8, section 3). This is grounds for denial of the motion. Further, plaintiff has not informed the court what steps he has taken to obtain discovery or why the

ORDER - 1

1 | original 90-day time frame proved to be inadequate. For the above reasons, the motion is
2 | DENIED without prejudice.
3 |     Dated this 28th day of September, 2011.

J. Richard Creatura
United States Magistrate Judge