UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CARLOS ROMAN, <br><br> Plaintiff, <br><br> v. <br><br> WASHINGTON CORRECTIONAL FACILITY et al. <br><br> Defendants. | CASE NO. C11-5234-BHS-JRC <br><br> REPORT AND RECOMMENDATION <br><br> NOTED FOR: November 18, 2011 |

This 42 U.S.C. §1983 civil rights matter has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. §§ 636 (b)(1)(A) and (B) and Local Magistrate Judge Rules MJR 1, MJR 3, and MJR 4. Plaintiff has filed a motion for voluntary non-suit (ECF No. 25). Here, an answer has been filed (ECF No. 14). Pursuant to Fed. R. Civ. P. 41(a)(2), the Court may dismiss the action on plaintiff's request on terms that are just. There is no opposition to dismissal without prejudice in this case. Accordingly, the Court recommends that this action be dismissed without prejudice.

1        Pursuant to 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P. 72(b), the parties shall have fourteen (14) days from service of this Report to file written objections. <u>See</u> <u>also</u> Fed. R. Civ. P. 6. Failure to file objections will result in a waiver of de novo review by the District Court Judge. <u>See</u>, 28 U.S.C. 636 (b)(1)(C). Accommodating the time limit imposed by Rule 72(b), the clerk is directed to set the matter for consideration on November 18, 2011 as noted in the caption.

       Dated this 20th day of October, 2011.

                                /s/ J. Richard Creatura
                                J. Richard Creatura
                                United States Magistrate Judge