UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

CARLOS ROMAN,

        Plaintiff,

v.

WASHINGTON CORRECTIONAL FACILITY, et al.,

        Defendants.

CASE NO. C11-5234BHS

ORDER ADOPTING REPORT AND RECOMMENDATION

    This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable J. Richard Creatura, United States Magistrate Judge. Dkt. 26. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

    (1)    The R&R is **ADOPTED**; and

    (2)    This action is **DIMISSED without prejudice** for the reasons discussed in the R&R; and

    (3)    Defendants' motion for extension of time to continue dispositive motion deadline (Dkt. 24) is **DENIED as moot**.

    Dated this 22nd day of November, 2011.

                                          BENJAMIN H. SETTLE
                                          United States District Judge

ORDER