UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CARLOS ROMAN,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>WASHINGTON CORRECTIONAL FACILITY, et al.,<br><br>　　　　　　Defendants. | CASE NO. C11-5234BHS<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable J. Richard Creatura, United States Magistrate Judge. Dkt. 26. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

　　(1)　The R&R is **ADOPTED**; and

　　(2)　This action is **DIMISSED without prejudice** for the reasons discussed in the R&R; and

　　(3)　Defendants' motion for extension of time to continue dispositive motion deadline (Dkt. 24) is **DENIED as moot**.

Dated this 22nd day of November, 2011.

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　BENJAMIN H. SETTLE
　　　　　　　　　　　　　　　　United States District Judge

ORDER