# United States District Court

WESTERN DISTRICT OF WASHINGTON

CARLOS ROMAN

JUDGMENT IN A CIVIL CASE

v.

WASHINGTON CORRECTIONAL FACILITY, et al.,

CASE NUMBER: C11-5234BHS

__ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

The R & R is **ADOPTED**; and

This action is **DISMISSED without prejudice** for the reasons discussed in the R&R; and

Defendants' motion for extension of time to continue dispositive motion deadline (Dkt. 24) is **DENIED as moot.**

November 23, 2011                                            WILLIAM M. McCOOL
                                                                          Clerk

                                                                          *s/CM Gonzalez*
                                                                          Deputy Clerk