# United States District Court

WESTERN DISTRICT OF WASHINGTON

CARLOS ROMAN

        v.

WASHINGTON CORRECTIONAL FACILITY, et al.,

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: C11-5234BHS

__    **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX    **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

The R & R is **ADOPTED**; and

This action is **DISMISSED without prejudice** for the reasons discussed in the R&R; and

Defendants' motion for extension of time to continue dispositive motion deadline (Dkt. 24) is **DENIED as moot.**

 

| | |
|---|---|
| November 23, 2011 | WILLIAM M. McCOOL |
| | Clerk |
| | |
| | *s/CM Gonzalez* |
| | Deputy Clerk |